**Copyrights-In-Suit for IP Address 76.167.149.146**

**ISP:** Time Warner Cable
**Location:** La Jolla, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 10/22/2015 |
| Skin Tillating Sex For Three | PENDING | 10/03/2015 | 10/15/2015 | 10/06/2015 |
| A Romp At The Ranch | PA0001953952 | 07/28/2015 | 07/29/2015 | 09/29/2015 |
| An Erotic Encounter | PENDING | 08/21/2015 | 08/26/2015 | 09/29/2015 |
| Dangerous When Wet | PA0001954793 | 08/03/2015 | 08/03/2015 | 09/29/2015 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 09/03/2015 |
| Girls Just Want To Have Fun | PA0001947090 | 06/11/2015 | 06/16/2015 | 08/27/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 07/23/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 05/26/2015 |
| Do Not Keep Me Waiting Part #1 | PA0001941283 | 04/14/2015 | 04/27/2015 | 05/26/2015 |
| Do It To Me One More Time | PA0001944198 | 05/23/2015 | 05/26/2015 | 05/26/2015 |
| Super Nymphs | PA0001937383 | 03/26/2015 | 04/03/2015 | 05/26/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 05/26/2015 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 05/26/2015 |
| Little Play Thing | PA0001940597 | 04/10/2015 | 04/20/2015 | 05/25/2015 |
| Retro Romp | PA0001944203 | 05/14/2015 | 05/26/2015 | 05/25/2015 |
| A Sultry Summer Invitation | PA0001944206 | 05/12/2015 | 06/02/2015 | 05/25/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 04/23/2015 |
| Me Myself And I | PA0001933686 | 02/23/2015 | 03/03/2015 | 03/17/2015 |
| Should Have Seen Your Face | PA0001935105 | 03/05/2015 | 03/11/2015 | 03/06/2015 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 03/06/2015 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Introducing Maya | PA0001928429 | 01/05/2015 | 01/19/2015 | 01/06/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 01/06/2015 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 01/06/2015 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 01/06/2015 |
| Pure Aubrey | PA0001926084 | 12/22/2014 | 12/29/2014 | 12/23/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/18/2014 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 12/18/2014 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 12/04/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/20/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 11/18/2014 |
| Cant Let Go | PA0001917713 | 10/10/2014 | 10/19/2014 | 11/14/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/11/2014 |
| Early Morning Orgasm | PA0001914536 | 09/07/2014 | 09/16/2014 | 09/25/2014 |
| Queen of Hearts | PA0001914720 | 09/17/2014 | 09/22/2014 | 09/25/2014 |
| Shes Not Alone | PA0001914535 | 09/09/2014 | 09/16/2014 | 09/25/2014 |
| Smarty Pants | PA0001912774 | 08/28/2014 | 09/17/2014 | 09/02/2014 |
| Bedtime Hijinks | PA0001912776 | 09/01/2014 | 09/17/2014 | 09/02/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/14/2014 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 08/14/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/14/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/14/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 08/14/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  43**

EXHIBIT B

SCA53