# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT EHRIG-BURGESS,<br><br>　　　　　　　Defendant. | Case No. 15-cv-02926-BAS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Presently before the Court is the parties' joint motion to dismiss this matter with prejudice. (ECF No. 25.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** all claims and counterclaims in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs and attorney's fees. The Clerk of Court shall close the file.

**IT IS SO ORDERED**.

**DATED:  October 31, 2016**

Hon. Cynthia Bashant
United States District Judge

– 1 –